```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Cabot et al.

                                                                      Case No. 25-cv-135-LM-AJ

v.

John Does. 1 - 3

## ORDER

Complaint Filed: April 8, 2025

Summonses Issued: April 9, 2025

      The Court has not received proof indicating that timely effective service was made on the defendants. On August 11, 2025, the Court directed plaintiffs to either file an appropriate motion to amend the complaint naming Doe defendants and/or to move to extend the deadline to serve defendants; or to otherwise file a status report. The Court has not received any further filings. In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice unless, on or before September 29, 2025, the plaintiff demonstrates that there is good cause for the failure to make timely effective service and for the granting of an extension of time to complete effective service.

      SO ORDERED.

By the Court,

_____
Landya B. McCafferty
United States District Judge

Date: September 15, 2025

cc:   Counsel of Record

(Rev. 10/14)